# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-12435-MDC

JACKIE M. SAMPSON

4928 N. SAMPSON

PHILADELPHIA, PA 19141-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JACKIE M. SAMPSON

    4928 N. SAMPSON

    PHILADELPHIA, PA 19141-

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

Date: 7/14/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee