United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-12435-mdc
Jackie M. Sampson                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi              Page 1 of 1              Date Rcvd: Aug 19, 2016
                             Form ID: pdf900          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2016.
```
db            +Jackie M. Sampson,    4928 N. 19th Street,    Philadelphia, PA 19141-1002
13506710     #+Allied Collection Services,    8550 Balboa Blvd,   Ste 232,    Northridge, CA 91325-5806
13506712      +Federal Loan Service,    P.O. Box 60610,   Harrisburg, PA 17106-0610
13527631      +MIDFIRST BANK,    999 North West Grand Blvd.,    Oklahoma City, OK 73118-6051
13610276      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13506713      +Midland Mtg/Midfirst,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
13514970      +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                Washington, DC 20410-0002
13554443       U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
                Harrisburg PA 17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Aug 20 2016 01:34:15     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 20 2016 01:33:16
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 20 2016 01:34:08     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13506711      +E-mail/Text: banko@berkscredit.com Aug 20 2016 01:33:02     Berks Credit & Collections,
                900 Corporate Dr,   Reading, PA 19605-3340
13603324       E-mail/Text: james.feighan@phila.gov Aug 20 2016 01:34:46     Water Revenue Bureau,
                City of Philadelphia,   Law Department Tax Unit,   Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA  19102-1595
13523704      +E-mail/Text: ext_ebn_inbox@navyfederal.org Aug 20 2016 01:34:51     NAVY FEDERAL CREDIT UNION,
                PO BOX 3000,   MERRIFIELD, VA 22119-3000
                                                                                              TOTAL: 6
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    MIDFIRST BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of Debtor Jackie M. Sampson brad@sadeklaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JACKIE M. SAMPSON                             Chapter 13

                      Debtor             Bankruptcy No. 15-12435-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this 18th day of August, 2016 upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

                                              _Magdeline D. Coleman_
                                              Magdeline D. Coleman
                                              Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-


Debtor:
JACKIE M. SAMPSON

4928 N. SAMPSON

PHILADELPHIA, PA 19141-